[No. 36928-1-II. Division Two. September 16, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICIA SUE SCHULTZ, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 05-1-00114-2, Kenneth D. Williams, J., entered October 5, 2007. *Affirmed* by unpublished opinion per Van Deren, C.J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 37134-1-II. Division Two. September 16, 2008.]

*In the Matter of the Marriage of* TEENA MAE FALCIONI (YAPP), *Appellant*, and CHRISTOPHER YAPP, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-3-00002-1, Susan Serko, J., entered November 16, 2007. *Reversed* by unpublished opinion per Hunt, J., concurred in by Van Deren, C.J., and Armstrong, J.

[No. 26195-6-III. Division Three. September 18, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. FREDDIE L. FRANKLIN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 06-1-04572-7, Linda G. Tompkins, J., entered May 9, 2007. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik, A.C.J., and Sweeney, J.

[No. 26598-6-III. Division Three. September 18, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES HEWEY LOCKLEAR, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-02289-7, Michael P. Price, J., entered October 18, 2007. *Reversed* and *remanded* by unpublished opinion per Brown, J., concurred in by Kulik, A.C.J., and Sweeney, J.